U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

OCT 1 9 2004

ROBERT H. SHEMWELL, CLERK
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

CV04-2157 L-O

GARY DANCE — CIVIL ACTION

VERSUS — NO:

ENSCO OFFSHORE COMPANY — JUDGE: JUDGE HAIK

MAGISTRATE JUDGE: MAGISTRATE JUDGE HILL

JURY TRIAL REQUESTED

*******************************************************************

## SEAMAN'S COMPLAINT FOR DAMAGES

COMES NOW, Gary Dance, ("Dance"), complaining of Ensco Offshore Company, ("Ensco"), and for cause of action, your Plaintiff would respectfully show and represent unto this Honorable Court, as follows:

1.

This is brought on the civil side of this Court pursuant to the Jones Act and the General Maritime Law of the United States. This Court has jurisdiction by reason of the Jones Act and the Admiralty Jurisdiction of this Court. The jurisdiction of this case is conferred upon the Court by Title 46 U.S.C. § 688.

2.

Dance (age 48) is a resident of and domiciled at New Iberia, Iberia Parish, Louisiana.

3.

Ensco is thought to be foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Dallas, Texas, but it is licensed to do and doing business in this State and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, C T Corporation System, 8550 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

4.

That, at all times hereinafter mentioned, Ensco owned, operated, managed, and controlled a jack-up drilling rig known as *Ensco 93* and utilized same on the navigable waters of the Gulf of Mexico, off the Louisiana and Texas coast. The *Ensco 93* was specifically constructed and purposely designed to engage in the exploration of oil and natural gas.

5.

That, at all times hereinafter mentioned, Dance was employed as a driller by Ensco and was assigned to work on, with and aboard the jack-up drilling rig known as *Ensco 93*.

6.

That, at all times mentioned herein Dance performed his work as a driller for Ensco on the jack-up drilling rig known as *Ensco 93* and contributed to its mission and purpose. Dance earned $45,489.84 per year while employed with Ensco.

7.

That, on or about June 9, 2003, or on a date known more certain by Ensco, Dance, in the course of his employment, and pursuant to orders, was caused to suffer permanent injuries and damage to his mind and body including, permanent and disabling injuries to his lumbar spine.

8.

That, the injuries suffered by Dance were caused by Ensco's negligence and/or the unseaworthiness of the *Ensco* 93 jack up barge, as well as by Ensco's breach of its obligation to provide him with a safe place to work.

9.

That, by reason of the Defendant's negligence, Plaintiff suffered serious injury to his body and limbs including, but not limited to, a herniated disc at L4-5, L5-S1 as well as psychological and psychic damage, the full extent of which has not yet been determined; he has been caused to sustain severe shock and injuries to his nerves and nervous system, all of which in the past required and may in the future continue to require medicines, medical care and treatment; he has in the past suffered and may in the future continue to suffer agonizing aches, pain and mental anguish; he has in the past and may in the future continue to be disabled from performing his usual duties, occupation and avocations.

10.

That, as a consequence of the foregoing, Dance has suffered, is suffering and will continue to suffer damages, including, without limitation, past and future physical and mental pain and suffering, past disability and permanent future disability, loss of wages, loss of earning capacity, loss of enjoyment of life and past and future medical expenses in the amount of not less than TWO MILLION SEVEN HUNDRED FIFTY THOUSAND and NO/100 ($2,750,000.00) DOLLARS.

11.

That, Dance, by virtue of the disability incurred while in the service of the *Ensco* 93, claims that he is also entitled to maintenance and cure for the period of his disability in the amount of not less than TWO HUNDRED FIFTY THOUSAND and NO/100 ($250,000.00) DOLLARS.

12.

Dance requests and is entitle to trial by jury.

WHEREFORE, Dance prays that Ensco be served with a copy of the this Seaman's Complaint for Damages and that they be duly cited to appear and answer herein; that after the lapse of all legal delays and due proceedings had, there be judgement in favor of Dance and against Ensco in the full and true sum of THREE MILLION and NO/100 ($3,000,000.00) DOLLARS, together with legal interest from the date of incident until paid for all costs of these proceedings and for trial by jury.

LAWRENCE N. CURTIS, LTD.
(A Professional Law Corporation)
201 Rue Iberville, Suite 300
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241

BY: ______________________________
LAWRENCE N. CURTIS (4678)