RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/19/08
GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GARY DANCE | CIVIL ACTION NO.: CV04-2157 L-O |
| VERSUS | JUDGE HAIK |
| ENSCO OFFSHORE COMPANY | MAGISTRATE JUDGE HILL |

*************************************************************************

**JUDGMENT**

This matter came before the Court and a jury for Trial on the Merits on February 25, 2008. Present and representing the parties were:

Lawrence N. Curtis, representing Plaintiff, Gary Dance; and

Alan K. Breaud, representing Defendant, ENSCO Offshore Company.

Upon completion of Plaintiff's presentation of all evidence regarding liability, Defendant, ENSCO Offshore Company, made oral Motions pursuant to F.R.C.P. 50(a) with respect to Plaintiff's liability claims asserted under the Jones Act, 46 U.S.C. §688, et seq., and for unseaworthiness of ENSCO Rig 93, as provided for under the General Maritime Law of the United States, for both of the accidents allegedly occurring on June 7, 2003 and June 10, 2003. After hearing oral arguments by counsel and considering the evidence and testimony entered into the record, the Court granted Defendant's Motions, dismissing the liability claims of Plaintiff, Gary Dance, with prejudice.

The Trial then proceeded on the maintenance and cure claim. After presentation of testimony and evidence introduced by all parties, the jury was instructed and rendered its verdict pursuant to special Interrogatories attached hereto.

Considering the unanimous verdict of the Jury, the Court herein enters Judgment in favor of Defendant, ENSCO Offshore Company, dismissing all claims asserted by Plaintiff, Gary Dance, in the above entitled and numbered cause, with prejudice, and at Plaintiff's cost.

JUDGMENT RENDERED this 18th day of March, 2008.

R. T. Haik

DISTRICT JUDGE